# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE HILL | : |
| | : CIVIL ACTION |
| Plaintiff | : |
| | : |
| vs. | : |
| | : NO. 17-CV-2092 |
| LA FITNESS, FEDERAL REALTY | : |
| MANAGEMENT, INC., and | : |
| FITNESS INTERNATIONAL, LLC. | : |
| | : |
| Defendants | : |

## ORDER

AND NOW, this 10th day of April, 2018, upon consideration of the Motion of Defendant Fitness International, LLC, d/b/a LA Fitness for Summary Judgment (Doc. No. 12) and Plaintiff's Response in Opposition thereto, it is hereby ORDERED that the Motion is GRANTED and Judgment is entered in favor of Moving Defendant and against Plaintiff as a matter of law for the reasons set forth in the preceding Memorandum Opinion.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.